Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
334 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Escobedo

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>      Plaintiff,<br><br>vs.<br><br>BLESSING-CO,INC, et al.,<br><br>      Defendants. | No. 1:24-cv-00390-JLT-SAB<br><br>**REQUEST TO ENTER CLERK'S DEFAULT AGAINST ALL DEFENDANTS**<br><br>*Supporting Declaration of Tanya E. Moore filed concurrently herewith* |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

      Plaintiff, Jose Escobedo ("Plaintiff"), hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants Blessing-Co,Inc; Xiaohong Chen dba Moy's Restaurant; Han Hong Li dba Moy's Restaurant; Golden Tripod Restaurant Group, LLC dba Noodle Q; and Golden Tripod Restaurant, LLC dba Noodle Q ("Defendants") on the grounds that Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on Defendants over 21 days ago, as evidenced by the proofs of service of summons on file with this Court (Dkt. 4 through 8).

1     The request is based upon the above stated facts and the Declaration of Tanya E. Moore, filed herewith.

Dated: May 8, 2024             MOORE LAW FIRM, P.C.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff,
                                    Jose Escobedo

REQUEST TO ENTER CLERK'S DEFAULT