Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
334 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>     Plaintiff,<br><br>vs.<br><br>BLESSING-CO,INC, et al.,<br><br>     Defendants. | No. 1:24-cv-00390-JLT-SAB<br><br>**DECLARATION OF TANYA E. MOORE IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER CLERK'S DEFAULT AGAINST ALL DEFENDANTS** |

I, Tanya E. Moore, declare as follows:

1.  I am an attorney licensed and admitted to practice law in the State of California and the United States District Court, Eastern District of California. I am a member of the Moore Law Firm, P.C., attorney of record for Plaintiff Jose Escobedo ("Plaintiff") in this action. I have personal knowledge of the facts contained herein, and if called as a witness, could and would testify competently thereto.

2.  Defendants Blessing-Co,Inc; Xiaohong Chen dba Moy's Restaurant; Han Hong Li dba Moy's Restaurant; Golden Tripod Restaurant Group, LLC dba Noodle Q; and Golden Tripod Restaurant, LLC dba Noodle Q ("Defendants") have not appeared in this action and have not responded to the Complaint within the time permitted by law.

3. Defendants are not minors, incompetent persons, persons in military service, or otherwise exempted from default judgment under the Soldiers' and Sailors' Relief Act of 1940.

4. Defendant Blessing-Co,Inc was properly served with the Summons and Complaint on April 15, 2024, in accordance with Fed. R. Civ. Proc. 4(h)(1)(A) and Cal. Code. Civ. Proc. § 415.20(a), as evidenced by the proof of service on file with the Court (Dkt. 8).

5. Defendant Han Hong Li dba Moy's Restaurant was properly served with the Summons and Complaint on April 11, 2024, in accordance with Fed. R. Civ. Proc. 4(e)(2)(A), as evidenced by the proof of service on file with the Court (Dkt. 4).

6. Defendant Xiaohong Chen dba Moy's Restaurant was properly served with the Summons and Complaint on April 11, 2024, in accordance with Fed. R. Civ. Proc. 4(e)(2)(A), as evidenced by the proof of service on file with the Court (Dkt. 5).

7. Defendant Golden Tripod Restaurant Group, LLC dba Noodle Q was properly served with the Summons and Complaint on April 15, 2024, in accordance with Fed. R. Civ. Proc. 4(h)(1)(A) and Cal. Code. Civ. Proc. § 415.20(a), as evidenced by the proof of service on file with the Court (Dkt. 7).

8. Defendant Golden Tripod Restaurant, LLC dba Noodle Q was properly served with the Summons and Complaint on April 15, 2024, in accordance with Fed. R. Civ. Proc. 4(h)(1)(A) and Cal. Code. Civ. Proc. § 415.20(a), as evidenced by the proof of service on file with the Court (Dkt. 6).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 8, 2024          /s/ Tanya E. Moore
                            Tanya E. Moore