EDEXISPOS-FCM

| ATTORNEY OR PARTY OF CASE SERVING THESE DOCUMENTS: | FOR COURT USE ONLY |
|---|---|
| Tanya E. Moore<br>Moore Law Firm, P.c.<br>Telephone: (408) 298-2000<br>Email: service@moorelawfirm.com | |

## PROOF OF SERVICE BY FIRST-CLASS MAIL

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

   EDEXIS Document Services
   255 New York Ranch Road, Suite # F
   Jackson, CA 95642

CASE NUMBER/S:

1:24-CV-00390-JLT-SAB

3. On (date)  05/08/2024   the following documents were served from (city & state):   Jackson, California

   1. REQUEST FOR ENTRY OF CLERKS DEFAULT
   2. DECLARATION OF TANYA E. MOORE

   ☐   Continued on the Attachment of Served Documents (form EDEXISPOS_D)

4. The documents listed above were enclosed in a sealed envelope or package addressed to the persons listed in 5 (below). The sealed envelope or package was then placed for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The names and addresses of each person to whom I mailed the documents:

   1. Abdulgalil Fadhl Hussein, Registered Agent, Blessing-co,Inc
      3750 W Shields Ave Fresno, CA 93722

   2. Cynthia Thacker, Registered Agent, Golden Tripod Rest. Group, LLC Golden Tripod Rest., LLC
      2648 E Ashlan Ave Fresno, CA 93726

   3. Xiaohong Chen, dba Moys Restaurant
      2636 E Ashlan Ave Fresno, CA 93726

   4. Han Hong Li, dba Moys Restaurant
      2636 E Ashlan Ave Fresno, CA 93726

   ☐   Continued on the Attachment of Served Parties (form EDEXISPOS_P)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature Date:    05/08/2024

Charles Bowen

▶

(Name of person completing this form)          (Signature of person completing this form)

This page left intentionally blank