1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11   JOSE ESCOBEDO,                              Case No. 1:24-cv-00390-JLT-SAB

12           Plaintiff,                          ORDER VACATING OCTOBER 3, 2024
                                                 SCHEDULING CONFERENCE AND
13       v.                                      REQUIRING PLAINTIFF TO FILE A
                                                 MOTION FOR DEFAULT JUDGMENT
14   BLESSING-CO, INC., et al.,
                                                 **THIRTY-FIVE DAY DEADLINE**
15           Defendants.

16

17        Plaintiff filed the complaint in this action on April 3, 2024.  (ECF No. 1.)  On May 9,

18   2024, the Clerk of the Court entered default against all Defendants: (1) Blessing−Co, Inc.; (2)

19   Xiaohong Chen; (3) Golden Tripod Restaurant Group, LLC; (4) Golden Tripod Restaurant, LLC,

20   and (5) Han Hong Li.   (ECF No. 11.)   The scheduling conference in this matter is currently set

21   for October 3, 2024.  (ECF No. 3.)

22        Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-

23   step process.  Yue v. Storage Technology Corp., No. 3:07-cv-05850, 2008 WL 361142, *2 (N.D.

24   Cal. Feb. 11, 2008).  Entry of default is appropriate as to any party against whom a judgment for

25   affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal

26   Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise.  Fed. R.

27   Civ. P. 55(a).  After entry of default, the plaintiff can seek entry of default judgment.  Fed. R.

28   Civ. P. 55(b)(1) and (2).  "Default judgments are generally disfavored, and whenever it is

1

1   reasonably possible, cases should be decided upon their merits." <u>In re Hammer</u>, 940 F.2d 524,

2   (9th Cir. 1991) (internal punctuation and citations omitted).

3         As the Defendants in this matter are in default, the Court shall vacate the initial

4   scheduling conference and set a deadline for a motion for default judgment to be filed.

5         Accordingly, IT IS HEREBY ORDERED that:

6       1.    Within **thirty-five (35) days** from the date of service of this order, Plaintiff shall

7           file a motion for default judgment;

8       2.    The scheduling conference set for October 3, 2024, is VACATED; and

9       3.    Plaintiff is advised that the failure to comply with this order shall result in a

10          recommendation that this action be dismissed for failure to prosecute.

11

12  IT IS SO ORDERED.

13  Dated:   **September 6, 2024**                         

                                           UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28