# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>Plaintiff,<br><br>v.<br><br>BLESSING-CO, INC., et al.,<br><br>Defendants. | Case No. 1:24-cv-00390-JLT-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL BRIEFING REGARDING MOTION FOR DEFAULT JUDGMENT<br><br>**NOVEMBER 15, 2024 DEADLINE**<br><br>(ECF No. 13) |

On October 11, 2024, Plaintiff moved for default judgment, following entry of default by the Clerk of the Court. (ECF Nos. 11, 13.) Attached to the motion is a declaration from counsel Tanya E. Moore, wherein counsel explains attached exhibits in support of the motion. (ECF No. 13-2.) While the declaration indicates that there are various exhibits lettered from "Exhibit A" to "Exhibit J," the attached exhibits end after Exhibit D. (See ECF No. 13-3.) Therefore, the Court DIRECTS Plaintiff to file a supplemental declaration that includes the missing exhibits by **November 15, 2024**. If Plaintiff fails to comply with this deadline, the Court will consider the motion for default judgment with only the exhibits attached to the motion.

IT IS SO ORDERED.

Dated: __November 13, 2024__                                    _____
                                                                STANLEY A. BOONE
                                                                United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28